UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT J. MILL, JR.<br>Executor of the estate of<br>Robert J. Mills, Sr.,<br>Deceased<br>2413 9th Street S<br>Arlington, D.C. 22204<br><br>         Plaintiff,<br><br>   v.<br><br>MICHAEL J. WYNNE<br>Secretary of the Air Force<br>1000 Air Force Pentagon<br>Washington, D.C. 20330<br><br>         Defendant. | Civil Action No. 08-0892 (EGS) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Cindy S. Owens as counsel for defendant in the above-captioned case.

Respectfully submitted,

 /s/
CINDY S. OWENS, D.C. BAR #491465
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 616-2257
cindy.owens@usdoj.gov