CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Robert J. Mills, Jr.
    Plaintiff(s)

                                                                         Civil Action No. 08-0892(EGS)

vs.

Michael W, Wynne
    Defendant( s)

## AFFIDAVIT OF MAILING

I, _S_t_e_p_h_e_n_A_,_B_a_m_b_e_ʳ9_ᵉ_r _____ , hereby state that:

On the 28th _____ day of _M_a_y _____ 2008 , I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

# MichaelVV. VVynne

I have received the receipt for the certified mail, No, See attached document (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 2nd _____ day of June _____ 2008

I declare under penalty of peJjury that the foregoing is true and correct.

7/1/2008                                                                                    _[signature]_

(Date)                                                                                      (Signature)



U.S. Department of Justice
United States Attorney
District of Columbia

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20001*

# FAX

DATE: June 30, 2008

TIME: ℓ. C:22

TO: Stephen Bamberger

PHONE: ~( ) _____

FAX: (703) 722 - 9402

CASE: "Af';dr v: ~"

CA. # _____

FROM: 6~Oa/£-7.s
Assistant U.S. Attorney
555 4th Street, N.W.
Room
Washington, D.C. 20001

PHONE: (202) tIi/~ - ,g2S -jZ

FAX:  (202) 514-8780
   or (202) 514.8781

Number of pages transmitted (including cover sheet) -&gt;

Remarks: At t?ar (?«„7  discussion, attached you'll
serviced  ~.:&:"&6z 7ty<t ;;z{;ra ao ~£ M!yz
and  awL (y kal=  attaching
4qhaa?o

HARDCOPY   WILL BE MAILED __   WILL NOT BE MAILED   ~

CONFIDENTIAL U.S. ATTORNEY FACSIMILE COMMUNICATION

The information contained in this fax ~". and any and all accompanying documents constitute confidential information. This information is the property of the U. S. Attorney's Office.. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on the information is strictly prohibited. If you received this message in error, please notify us immediately "I tho: .bove hll.Wbrr 10 mak., arrangements for its return to us.



Mon Jun 2, 2008

08-0881 Safari Club International, et al v Kempthorne, et al. LMC

08-0892 Robert J. Willis, Jr. v. Michael W. Wynne          LMC

08-0896 Gary Day, et al v Social Security Administration, et al. LMC

TOTAL P.003

8780                              P.003

**. . 11-3,**