CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
    Plaintiff(s)

                                                    Civil Action No. _____

  vs.


_____
    Defendant(s)

## AFFIDAVIT OF MAILING

    I, _____, hereby state that:

    On the _____ day of _____, _____, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

    I have received the receipt for the certified mail, No. _____ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the _____ day of _____, _____.

    I declare under penalty of perjury that the foregoing is true and correct.


_____              _____
       (Date)                                       (Signature)